AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

3303 22nd Street, SE
Washington, DC

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I    Daniel C. Sparks    being duly sworn depose and say:

I am a(n)   Special Agent, Federal Bureau of Investigation, (FBI)   and have reason to believe
             (Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location):
3303 22nd Street, SE is a two story attached row house. The outer bottom half of the residence is constructed of a red brick and the upper half is yellow aluminum siding. The numerals 3303 appear on a mounted placard next to the front door. The front door is wood which has a metal outer gate.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) Evidence of the crimes of conspiracy, conspiracy to commit check and bank fraud, computers, computer scanners, blank payroll checks, as well as other relevant evidence.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title  18  United States Code, Section(s) 513 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Nancy B. Jackson
Assistant United States Attorney
(202) 307-0029

Signature of Affiant
Daniel C. Sparks, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, DC

Date

Name and Title of Judicial Officer                    Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS FOR:

1906 FREDERICK DOUGLAS COURT SE
2908 30TH STREET SE #10
3303 22ND STREET SE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

# I. BACKGROUND AND EXPERIENCE

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since September 1990.  I am currently assigned to the Washington Metropolitan Field Office, Safe Streets Taskforce Unit.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

# II. LOCATIONS TO BE SEARCHED

2.   This affidavit is being submitted in support of an application which seeks authorization to search 1906 Frederick Douglas Court, S.E., 2908 30th Street, S.E. #10 and 3303 22nd Street S.E..

# III. DESCRIPTION OF PREMISES

3.   1906 Frederick Douglas Court SE is a light gray row/town house with the gold colored numerals 1906 to the right of a black front door.   There are three white columns which

define the front stoop/porch.

4. 2908 30th Street, S.E. #10 is a brick multi-story apartment building with a white front lockout door. The numerals 2908 are black in color and appear directly above the front entrance. Apartment 10 is located one flight of stairs down and is the only apartment on the left. The door is green and the numerals "10" appear in black on a white background.

5. 3303 22nd Street, S.E. is a two story attached row house. The outer bottom half of the residence is constructed of red brick and the upper half is yellow aluminum siding. The numerals 3303 appear on a mounted placard next to the front door. The front door is wood which has a metal outer gate.

### III. THE INVESTIGATION

6. This affidavit is based upon evidence and information that stems from the arrest of KIONA LEONARD by the Metropolitan D.C. Police Department on July 29, 2008 after she tried to cash a check for $2,636.55 at the Federal Center State Department Federal Credit Union located at 301 3rd Street, S.W., (hereinafter referred to as the Credit Union).

7. In preparing this affidavit your affiant has interviewed employees of the State Department Federal Credit Union directly involved with the incident as well as supervisory personnel working in the loss prevention/security department at their headquarters. Your affiant has included in this affidavit facts which he believes are sufficient to support a probable cause finding for the issuance of the requested search warrant. Your affiant has not included all of the facts known to him surrounding this investigation.

8. According to L'KIA L. BOYD, Head Teller with the Federal Center State Department Federal Credit Union, 301 3rd Street, S.W, and who was interviewed by your affiant prepared an

incident report on July 29, 2008, wherein BOYD reports that on July 25, 2008, KIONA M. LEONARD called the Credit Union and asked for an escort. The Credit Union is located within the secure premises of the Federal Center government building and if one does not have an access badge, an escort is required since the Credit Union is located on the mezzanine level of this government building.

9.  LEONARD was escorted to the Credit Union by the branch manager and approached BOYD's teller window asking for her payroll check to be cashed.   She then presented check number 29785 dated 7/24/2008, from FLEX CAR RENTAL, 6311 Camp Springs Road, Camp Spring, MD. 20748 in the amount of $2,644.86 payable to KONA LEONARD, 2908 30th Street, SE Apt. 10, Washington, D.C. 20020.   At the top of the check are the words "BB&T PAYROLL CHECK."

10.  BOYD then deposited the check into savings account number 166067-00 which is LEONARD's account.   LEONARD then withdrew the $2,644.86 from the savings account. According to LARRY PLASSMEYER, Manager, Security and ATM Support, State Department Federal Credit Union, this is a standard practice for the Credit Union because an account needs to be credited before a withdrawal can be made.

11.  On July 29, 2008, KIONA LEONARD telephoned the same Federal Center Credit Union and again requested an escort so that she could cash her payroll check. Once LEONARD arrived at BOYD's teller window, LEONARD produced check number 115260 dated 7/29/2008, from BROTHER'S CONSTRUCTION, INC. 8206 Leesburg Pike, Suite 208, Vienna, Virginia in the amount of $2,636.55.   BOYD faxed the check to NICK TODARO, Assistant Manager, Loss Prevention who determined that the check was fraudulent.   The Metropolitan Police Department

(MPD) responded to the Credit Union and placed LEONARD under arrest for the charge of Uttering. The first check passed by LEONARD was determined to be fraudulent.

12. Your affiant reviewed both fraudulent checks passed by LEONARD and both have the same authorized signature on the front of the check despite the checks being from two separate companies - Brother's Construction, Inc., and Flex Car Rental.

13. NICK TODARO, Assistant Manager, Loss Prevention, State Department Federal Credit Union, was interviewed by your affiant on July 30, 2008 and he advised that he has identified two other people, in addition to LEONARD, who are involved in this fraudulent check scheme. The two other individuals are identified as SHARELL PITTS, 1906 Frederick Douglas Court, Washington, D.C. 20020 and PHESIA GASKINS, 3303 22nd Street, S.E. All three females have passed checks at the State Department Federal Credit Union that have been determined to be fraudulent. All three females have presented checks purported to be PAYROLL CHECKS from FLEX CAR RENTAL, 6311 Allentown Road, Camp Springs, MD. 20748.

14. On July 31, 2008, Special Agent SCOTT J. TURNER interviewed B. TESFAI, the owner, manager and sole employee of FLEX CAR RENTAL, 6311 Allentown Road, Camp Springs, MD. 20748. He has been in business since May 2008. TESFAI confirmed that KIONA LEONARD, SHARELL PITTS and PHESIA GASKINS are not and have never been employees. TESFAI advised that anyone who rents a car from him gets their refund returned to them via a check. LEONARD, PITTS or GASKINS have not rented a car from FLEX CAR RENTAL in their names.

15. PHESIA GASKINS, of 3303 22nd Street, S.E. passed a fraudulent check payroll check number 305243 on July 18, 2008 to the State Department Federal Credit Union at their Ft. McNair branch in the amount of $2,734.33 on July 23, 2008, GASKINS passed a fraudulent payroll check, number 29896 from FLEX CAR RENTAL in the amount of $2715.21. According to records maintained by the Metropolitan D.C. Police Department, GASKINS was charged with Simple Assault on July 14, 2007 and reported her address as 3303 22nd Street, S.E. That address was updated in the Washington Area Law Enforcement System on October 10, 2007 to reflect her address as 3303 22nd Street, S.E.   Additionally, according to records maintained by the D.C. Department of Motor Vehicles, GASKINS has two vehicles registered at 3303 22nd Street, S.E.

16. On July 29, 2008, LEONARD provided her home address to the Metropolitan Police Department as 2908 30th Street, S.E. #10 and according to the DMV she has a car listed at that address.   LEONARD has a valid D.C. Driver's license that lists her address as 2908 30th Street, S.E. 10.

17. On July 23, 2008, SHARELL PITTS, passed a fraudulent payroll check number 29959 to the Credit Union from FLEX CAR RENTAL, 6311 Allentown Road, Camp Springs, MD, 20748 in the amount of $2,717.48.   According to records maintained by the D.C. DMV, PITTS has a car registered to 1906 Frederick Douglas Court. Her D.C. Driver's License which expired in 2004 listed her address as 1906 Frederick Douglas.

18. Based on the foregoing, your affiant submits that KIONA LEONARD, PHESIA GASKINS and SHARELL PITTS have conspired to commit Fraud in violation of Title 18, U.S. Code §513 and secreted within the confines of 1906 Frederick Douglas Court, S.E., 2908 30th

Street, S.E. #10 and 3303 22nd Street, S.E. is evidence of the crimes of conspiracy, conspiracy to commit check and bank fraud, computers, computer scanners, blank payroll checks, as well as other relevant evidence.

                                                              _____
                                                              DANIEL C. SPARKS
                                                              Special Agent
                                                              Federal Bureau of Investigation

Sworn to and subscribed before me
this \_\_ day of July, 2008 the District of Columbia

_____
United States District Court Judge