AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3303 22nd Street, SE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER. 08-482-M 01

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Daniel C. Sparks_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

3303 22nd Street, SE is a two story attached row house. The outer bottom half of the residence is constructed of a red brick and the upper half is yellow aluminum siding. The numerals 3303 appear on a mounted placard next to the front door. The front door is wood which has a metal outer gate.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Evidence of the crimes of conspiracy, conspiracy to commit check and bank fraud, computers, computer scanners, blank payroll checks, as well as other relevant evidence.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___AUG 1 0 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 0 1 2008

Date and Time Issued **ALAN KAY**
**U.S. MAGISTRATE JUDGE**

at Washington, DC

Name and Title of Judicial Officer

Signature of Judicial Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Aug. 1, 2008 | Aug. 6, 2008 8:50 AM | Chevon Lassiter |

INVENTORY MADE IN THE PRESENCE OF SA. Tom Ryan, Cliff Swindell, Josh Rothman

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached FD-597.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U S Judge or U.S Magistrate Judge

FILED
AUG - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8-07-08
Date

FD-597 (Rev 8-11-94)                                                               Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 28.0 WF-231740

On (date) 8/6/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Chevon Lussiter

(Street Address) 3503 22nd Street, SE

(City) Washington, D.C.

Description of Item(s):

1. Checkbook cover in name of Phesia Gaskins located in Room D by Turner
2. One baggie with green leafy substance located in Room G under bed located Dodson
3. Pack of green baggies and yellow baggies located in Room G under bed by Dodson
4. Photographs found in black night stand by bed Room D (LeValley)
5. AWS Digital Scale found in Room D in TV cabinet by Jacob
6. Misc records, statements and tax records located in top drawer of dresser in Room D by Ryan
7. SSAN Card and DC payment stubs in name of Phesia Gaskins located in Room D by LeValley
8. Photographs located in basket by bed in Room D by LeValley
9. Misc documents and memorial flyers located in tupperware under bed in Room D by LeValley
10. Misc mail matter, documents, and photographs found in Room D by Jacob
11. Misc obituaries and photographs located Room D by LeValley

Received By: _____  Received From: Chevon Lussiter
              (Signature)                                (Signature)